IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

ELLIS LEE MCQUEARY            Case No. 1:20-cv-06290-RLY-TAB

**ORDER ON MARCH 5, 2026, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiff Ellis Lee McQueary to attend a telephonic status conference on February 19, 2026, to address Plaintiff's counsel's motion to withdraw. [Filing No. 27640.] Plaintiff failed to appear as ordered. The Court then issued an order setting a second conference for March 5, 2026, at which time Plaintiff was to show cause for Plaintiff's failure to appear for the February 19 conference. [Filing No. 27773.] The Court noted that if Plaintiff failed to attend this conference, the magistrate judge would recommend dismissal of this action. Plaintiff's counsel appeared at the March 5, 2026, telephonic status conference, and Plaintiff once again failed to appear as ordered. Accordingly, the motion to withdraw [Filing Nos. 27475] is granted, and the magistrate judge recommends the district judge dismiss this case without prejudice.

Date: 3/5/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Thomas W. Arbon is required to serve Plaintiff Ellis Lee McQueary.